IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW MARC BAKKE | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violation: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |

**Possession of Firearms by a Prohibited Person**

The Grand Jury Charges:

On or about December 9, 2024, in the District of North Dakota,

MATTHEW MARC BAKKE,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), in United States District Court for the District of North Dakota, Case No.: 3:10-CR-15-01, with the date of the imposition of judgment being on or about July 21, 2010; and

2. Manslaughter, in violation of NDCC § 12.1-16-02, in District Court, County of Griggs, State of North Dakota, Case No.: 20-2016-CR-00037, with the date of judgment being on or about February 28, 2017;

did knowingly possess firearms, that is,

1. One Smith and Wesson, Model M&P 30SC Shield, 30 SC caliber pistol, with Serial Number RHH2389;

2. One Phoenix Arms Co., Model HP22A, .22 caliber pistol, with Serial Number 4337541; and

3. One Iver Johnson, Model Lil Champ, .22 caliber rifle, with Serial Number 6013158;

said firearms having been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Case 3:25-cr-00031-PDW     Document 2     Filed 02/12/25     Page 2 of 3

FORFEITURE NOTICE

Upon conviction of the offense alleged in this Indictment,

MATTHEW MARC BAKKE

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm, ammunition, and other property involved in the commission of the offense, including, but not limited to, the following:

- One Smith and Wesson, Model M&P 30SC Shield, 30 SC caliber pistol, with Serial Sumber RHH2389;

- One Phoenix Arms Co., Model HP22A, .22 caliber pistol, with Serial Number 4337541;

- One Iver Johnson, Model Lil Champ, .22 caliber rifle, with Serial Number 6013158;

- Various rounds of 30 SC ammunition;

- Various rounds of .22 caliber ammunition; and

- Various rounds of .308 caliber ammunition.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RML/tah